JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LIEU, et al., <br><br>                Plaintiffs, <br><br>    v. <br><br>JONATHAN TRAN, et al., <br><br>                Defendants. | Case No. 8:24-cv-00556-MRA-JDE <br><br>**JUDGMENT** |

Pursuant to its prior Orders, the Court hereby **ORDERS** the entry of Judgment in favor of Plaintiffs David Lieu, Dung Thai (also known as Sandy Thai), Dansen Lee, Thanh Thai (also known as Lily Thai), and Jimmy Thai (collectively, "Plaintiffs") and against Defendants Jonathan Tran, Thuy Pham (also known as Trisha Pham), Whip Coffee Company, LLC, and Whip Coffee, LLC (collectively, "Defendants"), jointly and severally, itemized as follows:

    1.    <u>Compensatory Damages:</u> Defendants, jointly and severally, are ordered to pay Plaintiffs $320,000 pursuant to 15 U.S.C. § 77l(a).

2. <u>Treble Damages</u>: Defendants, jointly and severally, are ordered to pay treble damages in the amount of $960,000, pursuant to California Penal Code § 496(a).

3. <u>Punitive Damages</u>: Defendants, jointly and severally, are ordered to pay an additional $320,000 in punitive damages due to their fraudulent conduct, in order to punish and deter such behavior.

4. <u>Pre-Judgment Interest</u>: Defendants, jointly and severally, are ordered to pay pre-judgment interest, from January 12, 2024, to the date of this Judgment, on the Compensatory Damages amount, $320,000, at a rate determined by 28 U.SC. § 1961.

5. <u>Attorneys' Fees</u>: Defendants, jointly and severally, are ordered to pay Plaintiffs' attorneys' fees in the amount of $22,800, pursuant to Local Rule 55-3.

6. <u>Costs</u>: Defendants, jointly and severally, are ordered to pay recoverable litigation costs in the amount of $1,925.54 pursuant to Federal Rule of Civil Procedure 54(d)(1).

7. <u>Post-Judgment Interest</u>: Post-judgment interest shall accrue on the total judgment amount from the date of this Judgment until the Judgment is fully satisfied, at a rate determined by 28 U.SC. § 1961.

**IT IS SO ORDERED.**

Dated: February 12, 2025

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE